```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19778
   JOSE L NOLAZCO
   MARIA E NOLAZCO                          CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-4386    SSN XXX-XX-4321

-----------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/25/07 .

    2.  The case was dismissed without confirmation, 12/07/2007.

-----------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                         PAID            PAID
-----------------------------------------------------------------

        Summary of disbursements:
-----------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00         .00          .00
PRINCIPAL PAID         .00         .00         .00         .00          .00
INTEREST PAID          .00         .00         .00         .00          .00
TOTAL PAID             .00         .00         .00         .00          .00
The Debtor's attorney, RIBBECK LAW CHARTERED          , was allowed $    .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




    Dated: 03/11/08               /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 07 B 19778 JOSE L NOLAZCO & MARIA E NOLAZCO